1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**
                    **CENTRAL DISTRICT OF CALIFORNIA**

9

10

11   MARGARET VALDEZ,                  )  Case No.: 2:20-cv-06201-KES
                                       )
12              Plaintiff,             )  {PROPOSED} ORDER AWARDING
                                       )  EQUAL ACCESS TO JUSTICE ACT
13          vs.                        )  ATTORNEY FEES AND EXPENSES
                                       )  PURSUANT TO 28 U.S.C. § 2412(d)
14   ANDREW SAUL,                      )  AND COSTS PURSUANT TO 28
     Commissioner of Social Security,  )  U.S.C. § 1920
15                                     )
               Defendant               )
16                                     )
                                       )
17   _____)

18          Based upon the parties' Stipulation for the Award and Payment of Equal

19   Access to Justice Act Fees, Costs, and Expenses:

20          IT IS ORDERED that fees and expenses in the amount of $1,600.00 as

21   authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

22   awarded subject to the terms of the Stipulation.

23   DATE:  February 23, 2021

24   _____
     THE HONORABLE KAREN E. SCOTT
25   UNITED STATES MAGISTRATE JUDGE

26

-1-